IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **HERMAN WILLIAMS, III,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 7:10-cv-141 (HL) |
| | : | |
| **WARDEN DANFORTH, et al.,** | : | |
| | : | |
| Defendants. | : | |

_____

### ORDER on REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

A previous order was issued by this Court on November 21, 2011 adopting the Recommendation of the Magistrate Judge, but the order was later vacated to allow Plaintiff the appropriate amount of time to object. At this time, the objection period has run, and no objections to the Magistrate Judge's Recommendation were filed.

The Recommendation of the United States Magistrate Judge (Doc. 37) filed November 14, 2011 has been carefully read and considered and is, hereby, approved, adopted, and made the Order of the Court.

**SO ORDERED**, this 4th day of January, 2012.

*s/Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr