IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HERMAN WILLIAMS, III, | : |
| Plaintiff, | : |
| VS. | : 7 : 10-CV-141 (HL) |
| WARDEN DANSFORTH, *et al.*, | : |
| Defendants. | : |

**RECOMMENDATION**

Plaintiff filed this action on December 3, 2010, challenging certain conditions of his confinement at Valdosta State Prison. (Doc. 2). As of the date of this Order, Defendant Officer Faulk has not been served.

On April 1, 2011, the Clerk of Court issued a summons for Defendant Faulk, after his waiver of service was not returned. (*See* Docs. 18, 19). Personal service was returned unexecuted as to Defendant Faulk with the notation that he was no longer employed by the State of Georgia. (Doc. 28). On November 14, 2011, Plaintiff was ordered to provide a current address for Defendant Faulk and show cause as to why this action should not be dismissed in regards to Defendant Faulk within twenty-one (21) days of the date of the Order. As of the date of this Recommendation, Plaintiff has not provided the Court with a current address for Defendant Faulk, nor responded to the Show Cause Order.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, "[i]f a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time." If the plaintiff shows "good cause" for the failure to serve the defendants, the court must extend the time for service. Fed. R. Civ. P. 4(m). However,

when a plaintiff fails to perfect service of process within the 120-day period and does not show "good cause", dismissal is mandatory. *Williams v. Robbins*, 153 Fed. Appx. 574, 576 (11th Cir. 2005).

Herein, Plaintiff has failed to provide a current address for Defendant Faulk, and Plaintiff has not shown "good cause" as to why he has not provided the Court with the address. As Plaintiff has failed to provide the Court with an address so that service may be perfected upon Defendant Faulk as required by Rule 4(m), it is the recommendation of the undersigned that Defendant Faulk be **DISMISSED** from this action without prejudice. It is noted that Defendant Faulk is the last remaining Defendant in this action.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to the recommendations contained herein with the Honorable Hugh Lawson, United States District Judge, WITHIN FOURTEEN (14) DAYS after being served with a copy of this Recommendation.

**SO RECOMMENDED**, this 10th day of January, 2012.

s/ ***THOMAS Q. LANGSTAFF***

**UNITED STATES MAGISTRATE JUDGE**

llf