IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**HERMAN WILLIAMS, III,**

      **Plaintiff**

**v.**                                          **CASE NO. 7:10-CV-141 (HL)**

**Officer FAULK,**

      **Defendant**

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 43) filed January 10, 2012 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation have been filed within the time allowed.

This being the last named defendant, the Clerk is directed to terminate this case.

**SO ORDERED,** this the 30th day of January, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**